**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br> v.<br>ROBERT LIESSE,<br><br>      Defendant. | 3:18-cr-00100-HDM-WGC<br><br>ORDER |

 The government's unopposed motion to dismiss count three of the indictment (ECF No. 40), is hereby **GRANTED**.

 **IT IS SO ORDERED.**

 DATED: This <u>30th</u> day of July, 2019.

*Howard D. McKibben*

---
Howard D. McKibben
UNITED STATES DISTRICT JUDGE

1