UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00100-HDM-WGC |
|---|---|
| Plaintiff, v. | ORDER |
| ROBERT LIESSE, Defendant. | |

The stipulation of the parties (ECF No. 50) is GRANTED. Defendant shall file any motions in limine on or before November 1, 2019, the government shall file any responses thereto on or before November 8, 2019, and defendant shall file any replies to the government's responses on or before November 13, 2019.

IT IS SO ORDERED.

DATED: This 31st day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

1