UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:18-cr-00100-HDM-WGC |
|---|---|
| Plaintiff, v. | ORDER |
| ROBERT LIESSE, | |
| Defendant. | |

Defendant's motion for leave to file under seal his second motion to dismiss and Exhibit A thereto (ECF No. 70) is GRANTED. The motion to dismiss (ECF No. 71) and Exhibit A thereto shall remain under seal.

IT IS SO ORDERED.

DATED: This 15th day of November, 2019.

_____
UNITED STATES DISTRICT JUDGE