UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 3:18-cr-00100-HDM-WGC |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MINUTES OF COURT |
| | ) | |
| | ) | |
| ROBERT LIESSE, | ) | November 21, 2019 |
| | ) | |
| Defendant. | ) | |
| _____ / | | |

**PROCEEDINGS:**   Jury Trial (Day One)

PRESENT:  <u>THE HONORABLE HOWARD D. McKIBBEN</u>, SENIOR U.S. DISTRICT JUDGE

DEPUTY CLERK: <u> Paris Rich</u>          REPORTER: <u>Kathy French</u>

COUNSEL FOR PLAINTIFF: <u>James Keller, AUSA and Andolyn Johnson, AUSA</u>

COUNSEL FOR DEFENDANT: <u>Chris Frey, AFPD and Kate Berry, AFPD</u>

At 8:30 a.m., the Court convenes.

AFPD Chris Frey and AFPD Kate Berry are present on behalf of the Defendant.  The Defendant (on bond) is not present.  Also, present is Sheila Smallwood, FPD Investigator.

AUSA James Keller and AUSA Andolyn Johnson are present on behalf of the Government.  Also, present is Andrew Kwon, Agent, Federal Bureau of Investigation and Judy Godfrey, IT Support Specialist.

The Court addresses the Defendant's Objection to Transcript (ECF No. 84) and Government's Response thereto (ECF No. 85).  Mr. Frey recites objection to the transcript from the first phone call (July 26, 2018 call). The Court determines it will not provide the transcript as an aid to the jury, however, if there is any question as to what is said on the phone call, the Court will permit a witness to explain to the jury what was said.

Mr. Frey recites further objection to the portions of the July 26, 2018 phone call (Count One) where the Defendant is placed on hold and is discussing firearms.  Ms. Johnson recites argument.  **IT IS ORDERED, the Court RESERVES**.

Mr. Frey recites additional general objections to the instances in the phone calls where the Defendant is placed on hold**.**  Mr. Keller recites argument.  The Court recites statements. Mr. Frey responds.   **IT IS ORDERED, the Court RESERVES.**

| | |
|---|---|
| USA v. ROBERT LIESSE | November 21, 2019 |
| 3:18-cr-00100-HDM-WGC | Page 2 of 5 |

Ms. Johnson raises an issue with respect to the elements of the offense. The Court notes it has no problem with questions regarding the reactions of witness, but will not permit use of the precise language of the element of the offense. Ms. Berry briefly responds. The Court will revisit the issue at the time of preparation of the jury instructions.

The Court addresses an emailed juror note previously sent to the Jury Administrator. Counsel stipulate to the random draw of the jury. The Court recites the emailed note for counsel. The Court and counsel confer. Counsel stipulate to the Court's intention to call the juror to sidebar.

At 8:44 a.m., the Court stands at recess.

At 8:47 a.m., the Court reconvenes.

AFPD Chris Frey and AFPD Kate Berry are present on behalf of the Defendant. The Defendant (on bond) is present. Also, present is Sheila Smallwood, FPD Investigator.

AUSA James Keller and AUSA Andolyn Johnson are present on behalf of the Government. Also, present is Andrew Kwon, Agent, Federal Bureau of Investigation and Jury Godfrey, IT Support Specialist.

Counsel stipule to the excusal of randomly drawn Juror #19 due to unforeseen health reasons this date and counsel stipulate to the replacement of Juror #19 with randomly drawn Juror #33 (next in order). The Court readdress the previously discussed juror email and counsel reconfirm their stipulation to hear the issue at sidebar.

The Court and counsel confer regarding the trial time estimate.

Mr. Keller provides the Defense with the Government's Trial Memorandum (ECF No. 75).

At 9:07, a.m., the prospective jurors enter the courtroom.

The Court presents introductory statements and introduces counsel. The Court further summarizes this action and the anticipated trial schedule. The voir dire oath is administered and 32 prospective jurors are seated.

Voir dire is conducted. Counsel exercise their peremptory challenges.

At 10:40 a.m., the Court admonishes the prospective jurors and a brief recess is taken.

At 10:50 a.m., the Court reconvenes with all parties and all prospective jurors present.

Voir dire proceeds.

At 11:21 a.m., the jury is passed for cause and counsel exercise the peremptory challenges.

At 11:50 a.m., counsel stipulate to the 14 seated jurors. The Court thanks and excuses the remaining jurors for a period of two years.

The Court recites statements to the jury regarding the trial progression. The 14 jurors are empaneled and sworn. The Court recites further explanation regarding the trial progression.

At 11:57 a.m., the jury is admonished and excused for recess until approximately 1:15 p.m. this date.

The Court stands at recess.

At 1:17 p.m., the Court reconvenes with all parties present. The Court and counsel discuss the audio calls and proposed witnesses.

The rule of exclusion is invoked.

The Court advises counsel of the language it intends to provide preliminarily, and again at the end of the case, as to any alleged bad acts which are not charged.

At 1:20 p.m., the jury enters the courtroom. All jurors are present.

The Court advises the jury regarding note taking, legal instructions, and the trial progression.

On behalf of the Government, Ms. Johnson presents opening statements.

On behalf of the Defendant, Ms. Berry presents opening statements.

McKENNA CONDON, called on behalf of the Government, is sworn, examined on direct by Mr. Keller, cross-examined by Ms. Berry, examined on redirect by Mr. Keller, and excused.

**IT IS ORDERED, the Government's Exhibits 13c through 13i, 6a through 6c, and 16a through 16d are received into evidence.**

JOHN DePENA, called on behalf of the Government, is sworn, examined on direct by Mr. Keller, released subject to recall.

**IT IS ORDERED, the Government's Exhibits 1a and 5a through 5h are received into evidence.**

At 3:07 p.m., the jury is admonished and excused for a brief recess. The Court stands at recess.

At 3:27 p.m., the Court reconvenes outside the presence of the jury with all parties present.

| | |
|---|---|
| **USA v. ROBERT LIESSE** | **November 21, 2019** |
| **3:18-cr-00100-HDM-WGC** | **Page 4 of 5** |

Mr. Keller revisits the issue of the transcripts on the Government's Exhibits 1a, 2a, and 3a. The Court and counsel discuss the clarity of the calls and accuracy of the transcripts. **IT IS ORDERED, the Government's renewed request is DENIED.**

Mr. Keller further requests that any objection by the Defense to the upcoming calls to be presented (Government's Exhibits 2a and 3a) be provided now rather than starting and stopping the calls while played for the jury. Mr. Frey recites objection to the on-hold portions of the upcoming calls (Government's 2a and 3a) to be played. The Court responds. The Court and counsel further confer on the issue.

At 3:36 p.m., the jury enters the courtroom.

The Court recites a limiting instruction to the jury.

Mr. Keller recites the parties' stipulation of facts in trial into the record. The stipulation is marked as the Government's Exhibit 20. **IT IS ORDERED, the Government's Exhibit 20 is received into evidence**.

JOHN DePENA, resumes the witness stand, is further examined on direct by Mr. Keller, cross-examined by Mr. Frey, examined on redirect by Mr. Keller, re-cross examined by Mr. Frey, further examined on redirect by Mr. Keller, and excused.

CHELSEY MOORE, Officer, Reno Police Department, called on behalf of the Government, is sworn, examined on direct by Ms. Johnson, cross-examined by Ms. Berry, and excused.

**IT IS ORDERED, the Government's Exhibits 13a and 13b are received into evidence**.

MICHAEL J. PEREZ, called on behalf of the Government, is sworn, examined on direct by Ms. Johnson, cross-examined by Ms. Berry, and excused.

**IT IS ORDERED, the Government's Exhibits 4a and 4b are received into evidence**.

NICOLE ELIZABETH BROWN, called on behalf of the Government, is sworn, examined on direct by Ms. Johnson, cross-examined by Mr. Frey, examined on redirect by Ms. Johnson, re-cross examined by Mr. Frey, and excused.

**IT IS ORDERED, the Government's Exhibit 2a is received into evidence**

At 4:51 p.m., the jury is admonished and excused until Friday, November 22, 2019 at 8:30 a.m.

Outside the presence of the jury, the Court and counsel discuss the remaining witnesses. The Court recites comments regarding the proposed jury instructions. Mr. Keller and Ms. Berry present comments. The Court responds.

.

| | |
|---|---|
| **USA v. ROBERT LIESSE** | **November 21, 2019** |
| **3:18-cr-00100-HDM-WGC** | **Page 5 of 5** |

In closing, Ms. Berry addresses a scheduling issue with respect to a noon sentencing before Judge Baldwin on Monday, November 25, 2019, for a case she and Ms. Johnson are appearing in. The Court appreciates the accommodation

**IT IS ORDERED, Jury Trial (Day Two) is set for Friday, November 22, 2019 at 8:30 a.m. in Reno Courtroom 4 before Judge Howard McKibben.**

The Defendant is continued on present terms of release.

At 5:00 p.m., the Court stands at recess.

DEBRA K. KEMPI, CLERK

By: /s/
 Paris Rich, Deputy Clerk