UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br>　　v.<br>ROBERT LIESSE,<br>　　　　　　　　Defendant. | Case No. 3:18-cr-00100-HDM-WGC<br><br>ORDER |
|---|---|

　　Defendant's unopposed motion for jury note to be placed on the docket for appellate purposes (ECF No. 131) is GRANTED IN PART. Defendant is advised that Jury Note No. 1 is on the docket, under seal, at ECF No. 97. The Clerk of Court is directed to serve a copy of ECF No. 97, under seal, on counsel for defense.

　　IT IS SO ORDERED.

　　DATED: This 14th day of October, 2020.

　　　　　　　　　　　　　　　　_Howard D. McKibben_
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE